■ In the Matter of EDWARD H. HELLER, a Disbarred Attorney. [636 NYS2d 674] —Motion to disaffirm the Report of the Hearing Panel, and to reinstate petitioner as an attorney and counselor-at-law in the State of New York, or for alternative relief, denied in all respects, and respondent's cross-motion for an order confirming the Report of the Hearing Panel and denying the application for reinstatement is granted. Concur—Murphy, P. J., Ellerin, Asch, Nardelli and Mazzarelli, JJ.

■ In the Matter of ILAN REICH (Admitted as ILAN K. REICH), a Disbarred Attorney. [636 NYS2d 674] —Motion by petitioner for an order (1) confirming the Dissenting Report of the Hearing Panel recommending that application for reinstatement be granted, (2) granting *nunc pro tunc* filing of affidavit of compliance, and (3) reinstating petitioner, granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective as of the date hereof. Concur—Sullivan, J. P., Ellerin, Wallach, Kupferman and Asch, JJ.

■ In the Matter of WILLIAM T. MARTIN, a Suspended Attorney. [636 NYS2d 675] —Motion for an order confirming the Hearing Panel's recommendation that petitioner be reinstated as an attorney and counselor-at-law subject to a certain submission held in abeyance and the matter is remanded to the respondent, as indicated. Concur—Rosenberger, J. P., Wallach, Kupferman, Ross and Nardelli, JJ.